IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY REED, | No. CV-F-08-756 OWW/GSA |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION AND CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS FROM OCTOBER 20, 2008 TO MONDAY, DECEMBER 15, 2008 AT 10:00 A.M. |
| vs. | |
| STATE OF CALIFORNIA, et al., | |
| Defendant. | |

    Plaintiff Patsy Reed, proceeding *in pro per*, has filed a Complaint against the State of California Department of Corrections, Chris Chrones, Warden of Kern Valley State Prison, and Does 1-10, asserting causes of action pursuant to 42 U.S.C. § 1983 for violation of her son's constitutional rights due to his death while an inmate at Kern Valley State Prison.

    On July 30, 2008, Defendant Chrones filed a motion to dismiss the Complaint. Defendant's motion to dismiss is set for hearing on October 20, 2008.

    Plaintiff has not filed an opposition to the motion to

dismiss or a statement of non-opposition within the time required by Rule 78-230(c), Local Rules of Practice.  Plaintiff's opposition or statement of non-opposition must be filed not less than 14 days preceding the hearing date.  No party is entitled to be heard in opposition to a motion at oral argument if the opposition has not been timely filed.  *Id.*  Plaintiff is advised that Rule 83-183(a), Local Rules of Practice, provides:

> Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil ... Procedure and by these Local Rules.  All obligations placed on 'counsel' by these Local Rules apply to individuals appearing in propria persona.  Failure to comply therewith may be ground for dismissal ... or any other sanction appropriate under these Rules.

Plaintiff is ordered to file either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss within fourteen days following service of this Order.  Failure to timely comply will result in the dismissal of this action for failure to comply with this Order and for failure to prosecute.  The hearing on Defendant's motion to dismiss is continued from October 20, 2008 to Monday, December 15, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 15, 2008              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE